## TRAVIS WALLACE *v.* COMMISSIONER OF MOTOR VEHICLES
### (14875)

O'Connell, Foti and Heiman, Js.

Argued April 26—officially released May 21, 1996

Per Curiam. The judgment is affirmed.

## NUTMEG HOUSING DEVELOPMENT CORPORATION *v.* ACEQUIA CONSTRUCTION, INC.
### (14705)

Lavery, Schaller and Hennessy, Js.

Argued April 26—officially released May 21, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* GUILLERMO MARTINEZ
### (14647)

Lavery, Schaller and Hennessy, Js.

Argued April 26—officially released May 21, 1996

Per Curiam. The judgment is affirmed.